UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON J. HOLLIMON,<br><br>    Plaintiff,<br><br>    v.<br><br>KILILO KIJAKAZI, SSA-OFFICE OF THE GENERAL COUNSEL<br><br>    Defendants. | Case No. 2:24-cv-01609 -EJY<br><br>**ORDER** |

On August 30, 2024, Plaintiff submitted a Complaint under 42 U.S.C. § 405(g). ECF No. 3-1. Plaintiff neither paid the $405 filing fee to commence a civil action nor filed an application to proceed *in forma* pauperis, one of which he must do in order to commence an action in federal court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must**, on or before **October 3, 2024**, either (1) file a complete application to proceed *in forma pauperis* by a non-prisoner, or (2) pay the $405 filing fee required to commence a civil action.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner as well as the document entitled instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that the Clerk of Court will retain Plaintiff's Complaint (ECF No. 3-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner on or before **October 3, 2024** may result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to either pay the filing fee or file a complete application to proceed *in forma pauperis* for non-inmates.

DATED this 3rd day of September, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE