UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON J. HOLLIMON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILILO KIJAKAZI, SSA-OFFICE OF THE GENERAL COUNSEL<br><br>  Defendants. | Case No. 2:24-cv-01609 -EJY<br><br>**ORDER** |

On August 30, 2204, Plaintiff attempted to commence an action in this Court with delivery of a Complaint. ECF No. 3. On September 3, 2024, the Court entered an Order explaining to Plaintiff that to proceed on his claim he had to file an application to proceed *in forma pauperis* ("IFP") or pay the $405 filing fee required to commence a civil action. ECF No. 4. Plaintiff was mailed the instructions for completing an IFP application on that same day. *Id*. The Court's Order also explained that it would retain but not file Plaintiff's Complaint, and gave Plaintiff until October 3, 2024 to comply with the Order. *Id*. Mail sent to Plaintiff was not returned. *See* Docket, generally. As of today's date, Plaintiff has not filed an IFP application or paid the filing fee or otherwise been in touch with the Court. *Id*.

Accordingly, IT IS HEREBY ORDERED that this matter is dismissed in its entirety, without prejudice, for failure to comply with the obligations to commence a civil action by paying a filing fee or filing an application to proceed *in forma pauperis*. Plaintiff may, if he so chooses, commence a new action in this Court by filing a complaint together with an application to proceed *in forma pauperis* or payment of the $405 filing fee for civil actions.

IT IS FURTHER ORDERED the Clerk of Court is ordered to close this case.

DATED this 4th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE