UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON J. HOLLIMON,<br><br>   Plaintiff,<br><br>   v.<br><br>KILILO KIJAKAZI, SSA-OFFICE OF THE GENERAL COUNSEL<br><br>   Defendants. | Case No. 2:24-cv-01609 -EJY<br><br>**ORDER** |

Before the Court are four applications to proceed *in forma pauperis* filed by Plaintiff on September 23 and 25, and October 1, 3, and 5, 2024. ECF Nos. 6–10. The Court did not docket these filings until October 7, 2024. For this reason the undersigned was unaware of the filings when it issued its October 4, 2024 Order (ECF No. 5) closing this case.

With respect to the application filed on September 23, 2024, Plaintiff does not establish *in forma pauperis* status, but argues issues unrelated to his ability to pay the filing fee necessary to commence his case in federal court. Plaintiff's September 25, October 1, 3 and 5, 2024 filings provide some information regarding his financial condition, but are over 100 pages long containing information and arguments unrelated to his financial condition. These filings are also largely unrelated to Social Security benefits. All four applications filed by Plaintiff are unsigned.

Accordingly, IT IS HEREBY ORDERED that the Court's October 4, 2024 Order (ECF No. 5) is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is to reopen this case on the docket.

IT IS FURTHER ORDERED that Plaintiff's Applications to proceed *in forma paupers* at ECF Nos. 6–10 are DENIED.

IT IS FURTHER ORDERED that Plaintiff is provided **one** additional opportunity to file a complete *in forma pauperis* application on the Court's form with **no** attachments or discussion of the merits of the case he seeks to bring.

IT IS FURTHER ORDERED that the Clerk of Court is to send Plaintiff the application to proceed *in forma pauperis* by a non-prisoner and the instructions for completing the same.

      IT IS FURTHER ORDERED that Plaintiff has through and including **October 29, 2024** to complete and return the Court's *in forma pauperis* application to the Court. Failure to do so will result in an Order to close this case in its entirety.

      DATED this 8th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE